# IN THE COURT OF APPEALS OF IOWA

No. 16-0229
Filed April 6, 2016

**IN THE INTEREST OF I.W. AND R.W.,**
**Minor Children,**

**J.W., Mother,**
Appellant.

_____

Appeal from the Iowa District Court for Cerro Gordo County, Annette L. Boehlje, District Associate Judge.

The mother appeals from an order terminating her parental rights in her two children. **AFFIRMED.**

Jane M. Wright, Forest City, for appellant mother.

Thomas J. Miller, Attorney General, and Janet L. Hoffman, Assistant Attorney General, for appellee State.

Crystal Ely of North Iowa Youth Law Center, Mason City, for minor children.

Considered by Tabor, P.J., and Bower and McDonald, JJ.

**MCDONALD, Judge.**

In December 2015, the mother was convicted of federal drug and firearm offenses and sentenced to 180 months' incarceration with a tentative release date of 2031. In January 2016, the juvenile court terminated the mother's parental rights in her two children, I.W. and R.W. The record reflects the children had been removed from the mother's care for almost one year prior to the termination of her rights.

On appeal, the mother does not challenge the termination of her parental rights. Instead, she contends the court should have ordered placement with a relative rather than a non-relative. At the time of the termination hearing, the mother was incarcerated and she refused to participate telephonically despite being given the opportunity to do so. The mother's attorney did not raise the issue regarding relative placement. We conclude error is not preserved. *See In re T.J.O.*, 527 N.W.2d 417, 420 (Iowa Ct. App. 1994) ("As a general rule, an issue not presented in the juvenile court may not be raised for the first time on appeal."). Even if error had been preserved, the issue is without merit. As noted by the district court, the department of human services pursued relative placement. The mother's relatives either refused placement or were found to be not appropriate placements.

On de novo review, we affirm the order terminating the mother's parental rights.

**AFFIRMED.**